**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1885

JOSEPH JOHNSON; JOHN C. POTEAT; LYNETTE EVERETT; MARSHALL E.
GWYNN; ERIKA BANNISTER; LAMONT D. JACKSON, Individually and on
Behalf of All Other Persons Similarly Situated,

Plaintiffs - Appellants,

v.

MARYLAND TRANSIT ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Catherine C. Blake, District Judge. (1:18-cv-03768-CCB)

Submitted: August 31, 2020                      Decided: September 17, 2020

Before KING, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew J. Toland III, TOLAND LAW, LLC, Sparks, Maryland; James M. Ray, II, RAY
LEGAL GROUP, LLC, Silver Spring, Maryland, for Appellants. Brian E. Frosh, Attorney
General, Eric S. Hartwig, Assistant Attorney General, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Johnson, John C. Poteat, Lynette Everett, Lamont D. Jackson, Marshall E. Gwynn, and Erika Bannister appeal the district court's order granting the Maryland Transit Administration's motion to dismiss their claims brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, on sovereign immunity grounds. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Md. Transit Admin.*, No. 1:18-cv-03768-CCB (D. Md. filed July 19, 2019 & entered July 22, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*